UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

AVIANCA HOLDINGS S.A., et al.,

        Appellants-Debtors and
        Reorganized Debtors.

23 CIVIL 1211 (KPF)

**JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 29, 2023, the decision of the Bankruptcy Court is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
         December 29, 2023

                                          **RUBY J. KRAJICK**

                                                      **Clerk of Court**

**BY:** *K. Mango*

                                                      **Deputy Clerk**