# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Avianca Holdings S.A., *et al.*,[1] | ) ) ) | 23 Civ. 1211 (KPF) |
| Appellants, | ) ) | **NOTICE OF APPEAL** |
| v. | ) ) |  |
| Burnham Sterling Company LLC and Babcock & Brown Securities LLC, | ) ) ) |  |
| Appellees. | ) ) ) |  |

Notice is hereby given that Avianca Holdings S.A. and its reorganized debtor affiliates (collectively, the "Debtors and Reorganized Debtors"), in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the *Opinion and Order* [Docket No. 12] entered on December 29, 2023 that affirmed the *Order Granting in Part Burnham Sterling and Company LLC and Babcock & Brown Securities LLC's Motion to Compel Compliance with 11 U.S.C. §§ 365(d)(5) and 503(b) and Overruling in Part Reorganized Debtors' Twenty-Fourth and Twenty-Fifth Omnibus Objections to Proofs of Claim* [Docket No. 2714 in Case No.

---

[1] A complete list of each of the Debtors and Reorganized Debtors in these chapter 11 cases may be obtained on the website of the claims and noticing agent at http://www.kccllc.net/avianca. The Debtors' and Reorganized Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

20-11133 (MG), Bankr. S.D.N.Y.] entered on January 31, 2023 by the United States

Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
       January 25, 2024

                    SMITH, GAMBRELL & RUSSELL, LLP

                    */s/ John G. McCarthy*
                    John G. McCarthy
                    1301 Avenue of the Americas, 21st Floor
                    New York, New York 10019
                    Phone: (212) 907-9700
                    Email: jmcarthy@sgrlaw.com

                    *Counsel for Debtors and Reorganized Debtors*